UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,                           :
                                                    :
        - against -                                :       S1 17-CR-635(VEC)
                                                    :
RODOLFO CHECO,                                      :       UNSEALING ORDER
                                Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties have conferred and believe that all filings and docket entries in the above-captioned matter may now be unsealed;

      IT IS HEREBY ORDERED THAT all delayed-docketing documents be docketed and docket entries be unsealed in this matter.

**SO ORDERED.**

Date:  October 8, 2020
          New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**